## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. | **LAMONT HENDERSON,** | ) |
| | | ) |
| | **Plaintiff,** | ) |
| **v.** | | )     **CIV-14-1253-D** |
| | | ) |
| 1. | **SABER ROUSTABOUT SERVICE, L.L.C.,** | ) |
| 2. | **SABER RENTAL, L.L.C.,** | ) |
| 3. | **COREY SPOMER, an individual,** | ) |
| 4. | **CASEY PEKRUL, an individual,** | ) |
| 5. | **COLTON PEKRUL, an individual, and** | ) |
| 6. | **TANNER SEAL, an individual,** | ) |
| | | )     **Jury Trial Demanded** |
| | **Defendants.** | )     **Attorney Lien Claimed** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Lamont Henderson, hereby stipulates that his claims in the above styled and numbered action shall be dismissed with prejudice.  The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 14th DAY OF APRIL, 2015.**

s/ Shannon C. Haupt
(signed with permission of counsel)
Jana B. Leonard, OBA # 17844
Shannon C. Haupt, OBA # 18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Telephone:   405-239-3800
Facsimile:     405-239-3801

1

leonardjb@leonardlaw.net
haupts@leonardlaw.net
ATTORNEYS FOR PLAINTIFF



s/Julia C. Rieman
Julia C. Rieman, OBA #15337
Gungoll, Jackson, Box & Devoll, P.C.
Post Office Box 1549
Enid, Oklahoma 73702-1549
(580) 234-0436 telephone
(580) 233-1284
rieman@gungolljackson.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of April, 2015, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Electronic Mail Notice List:        The following are those who are currently on the list to receive e-mail notices for this case.

Jana Beth Leonard          leonardjb@leonardlaw.net,dorfflert@leonardlaw.net
Shannon C Haupt          haupts@leonardlaw.net,dorfflert@leonardlaw.net
Julia C. Rieman rieman@gungolljackson.com
Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

s/ Julia C. Rieman